Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00760-CV

Allison D. **MOBLEY**,
Appellant

v.

Anne Taylor **NICHOLSON**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 0959A
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  May 23, 2012

AFFIRMED IN PART, DISMISSED

In this appeal, the parties have filed a joint motion to dismiss. Their motion states they have reached an agreement to settle and compromise their differences in this appeal. They have asked this court to affirm the trial court's judgment with respect to the trial court level attorney's fees awarded to appellee Anne Taylor Nicholson.

The parties' joint motion is granted. The portion of the trial court's judgment awarding attorney's fees for trial court level work is affirmed, and the remainder of the appeal is

dismissed.  *See* TEX. R. APP. P. 42.1(a)(2), 43.2(a), (f); *Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. 2001) (per curiam).  Costs of this appeal are taxed against the party that incurred them.  *See* TEX. R. APP. P. 42.1(d).

PER CURIAM